**FILED**
United States Court of Appeals
Tenth Circuit

**June 30, 2014**

**Elisabeth A. Shumaker**
**Clerk of Court**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

STEVEN M. HOHN,

    Defendant - Appellant.

No. 14-3030

_____

### ORDER
_____

Before **GORSUCH** and **MATHESON**, Circuit Judges.
_____

    This matter is before the court on the Motion for Leave to File Amicus Brief Later than Normal Deadline of Proposed Amici Curiae American Civil Liberties Union Foundation and American Civil Liberties Union Foundation of Kansas (the "Motion"). The Motion is unopposed by the appellant, but opposed by the government.

    Upon consideration, the Motion is granted. The American Civil Liberties Union Foundation and American Civil Liberties Union Foundation of Kansas shall file their amici curiae brief on or before July 8, 2014.

The response brief deadline shall also be extended. The response brief shall be served and filed within 30 days after service of the American Civil Liberties Union Foundation and American Civil Liberties Union Foundation of Kansas's amici curiae brief.

                                      Entered for the Court
                                      ELISABETH A. SHUMAKER, Clerk

                                      by: Lara Smith
                                          Counsel to the Clerk